**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **BARBARA MCKINNEY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No.    22-4924 |
| **UNITED STATES OF AMERICA,** | : | |
| *Defendant.* | : | |

**FINAL ORDER AND JUDGMENT**

**AND NOW**, this 10th day of June 2024, following a bench trial and for the reasons set forth in the accompanying Memorandum and Findings of Fact and Conclusions of Law, it is hereby **ORDERED** that judgment is entered in favor of McKinney as to Count I of McKinney's Complaint (ECF No. 1). It is further **ORDERED** that McKinney is awarded $38,080 in damages.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**